**SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA VINDIOLA,, | ) | Case No: EDCD 10-00516 DTB |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

THE COURT having been notified that Plaintiff filed a Notice of Dismissal in its entirety on June 15, 2010,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

Dated: September 17, 2010

_____
DAVID T. BRISTOW
United States Magistrate Judge

s:\dtb\crd's forms\3-ord-dism settled.frm